| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| ARGEMIRO GARCIA, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:10-CV-40 |
| | § | |
| SAM HOUSTON ELECTRIC | § | |
| COOPERATIVE, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Sealed Motion for Summary Judgment ([#22](#22)) be granted and that the claims against Sam Houston Electric Cooperative, Inc. be dismissed with prejudice. Plaintiff filed written objections.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Defendant's Sealed Motion for Summary Judgment ([#22](#22)) is **GRANTED**. It is **ORDERED** that the above-entitled action is **DISMISSED** with prejudice.

SIGNED at Beaumont, Texas, this 30th day of April, 2011.

                                            MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE